District of Arkansas.. January 7, 1919.   Dismissed, on motion of *The Solicitor General* for the United States. *Mr. E. L. Westbrooke* for defendant in error.

---

No. 122. BLUFORD WILSON ET AL., RECEIVERS, ETC., *v.* NEAL GODBY.   Error to the Appellate Court for the Second District of the State of Illinois.   January 7, 1919. Dismissed per stipulation.   *Mr. Henry Lyman Child, Mr. Philip Barton Warren* and *Mr. John M. Elliott* for plaintiffs in error.   *Mr. Walter A. Johnston* for defendant in error.

---

No. 292. BLUEFIELDS STEAMSHIP COMPANY, LIMITED, TO THE USE OF ELMER E. WOOD, ANCILLARY RECEIVER, *v.* UNITED FRUIT COMPANY.   Error to the Circuit Court of Appeals for the Third Circuit.   January 9, 1919.   Dismissed per stipulation.   *Mr. William L. Hughes* for plaintiff in error.   *Mr. Moorfield Storey* and *Mr. Robert G. Dodge* for defendant in error.

---

No. 150. SOUTHERN PACIFIC COMPANY *v.* CALIFORNIA ADJUSTMENT COMPANY.   Certiorari to the Circuit Court of Appeals for the Ninth Circuit.   January 13, 1919.   Dismissed with costs, on motion of counsel for petitioner. *Mr. C. W. Durbrow* and *Mr. W. F. Herrin* for petitioner. *Mr. Leon E. Morris* for respondent.

---

No. 790. KANSAS CITY RAILWAYS COMPANY *v.* FRANK W. McALLISTER, ATTORNEY GENERAL OF MISSOURI, ET